**Order filed, July 22, 2016.**



In The

# Fourteenth Court of Appeals

———————

NO. 14-15-01066-CR
NO. 14-15-01067-CR
NO. 14-15-01068-CR

———————

**DYLAN  ANDREW  QUICK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 339th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1383658, 1383659, 1383660**

### ORDER

The reporter's record in this case was due **April 01, 2016**.  *See* Tex. R. App. P. 35.1.  On **April 12, 2016**, this court ordered the court reporter to file the record within 30 days.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Patricia Palmer**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Patricia Palmer** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM